COURT OF APPEALS
Fourth Court OF APPEALS DIST.
Cadeena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx 78205

15-349-CV
FILED IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 NOV -2 AM 11:55
KEITH E. HOTTLE, CLERK

RE: Cause No. 2015CI0/6186 Steven M. Gary
v. Mary Roman, et al; filed IN the 150th
DISTRICT COURT, Bexar County, Texas.

Keith E. Hottle, Clerk

I wish to APPEAL the "Amicus CURIAE
ADVISORY To The Court and will show
the following:

CITATION - MARY ROMAN
ISS: 10/2/15 REC: 10/5/15 EXE: 10/6/15
RET: 10/7/15

PRECEPT Without Hearing MARY ROMAN
ISS: 10/2/15 REC: 10/5/15 EXE: 10/6/15
RET: 10/7/15

Service INFORMATION RUN DATE:
10/19/15 Bexar County Centralized Docket
System Page I PGM: DKB4900P
RUN TIME: 12:03:51 JCL: SPPROD

Mary Roman was served and Plaintiff
STEVEN M. GARY Requested Service be
made by Bexar County, Sheriff. How
Defendant was served was done by
Donna K. McKinney Bexar County Clerk.
Plaintiff believes he was IN accordance
with Tex. R. Civ. Proc. 106, 103, 107.

Plaintiff Believes, Defendants Improper
Serve was done not by him.

Plaintiff Requests for all Relief that he IS entitled.

CERTIFICATE OF SERVICE

STEVEN M. GARY, Plaintiff IN Civil Case No. 2015CIO1986 Beleives that above and foregoing Document has been sent to the 4th court of APPEALS on Oct 29, 2015 by the UNited STATES Postal Services.

Respectfully Submitted

STEVEN M. GARY
No. 900827.





